# The Atkin Firm, LLC

Attorney at Law

55 Madison Avenue, Suite 400
Morristown, NJ 07960

400 Rella Boulevard, Suite 165
Suffern, NY 10901

By: John C. Atkin, Esq.*
   ---
* Member of NJ, NY, and PA Bar

Tel: (973) 314-8010
Fax: (833) 693-1201
Email: JAtkin@atkinfirm.com

July 24, 2023

**VIA ECF**

Hon. Marcia M. Henry, U.S.M.J.
U.S. Dist. Court Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

    Re:    **Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 232.85.233**
           **Dkt. No. 1:23-cv-02996-NGG-MMH**

Judge Henry,

    As Your Honor is aware, I represent Plaintiff Strike 3 Holdings, LLC in the above-referenced matter. Please accept this letter as the status report required by Your Honor's July 19, 2023 Order. D.E. 9.

    On July 20, 2023, Plaintiff served the ISP with the authorized subpoena (with attached Order and Complaint) and expects to receive a response on or about November 28, 2023. On July 24, 2023, the ISP notified the undersigned that the above documents were sent to Defendant on July 24, 2023.

    Thank you for your attention to this matter.

Respectfully submitted,

*/s/ John C. Atkin*

John C. Atkin, Esq.