## Exhibit A to the First Amended Complaint

**Location:** Brooklyn, NY  
**Total Works Infringed:** 30

**IP Address:** 96.232.85.233  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 5F2431E904A3BD574958EAED0E067D3B27B35294<br>File Hash:<br>EE87531B8172521B16D20247E500717B3E7014D2528E8265EA5EF1FE96B5F787 | 04-06-2023 07:37:43 | Blacked Raw | 04-04-2023 | 04-07-2023 | PA0002405732 |
| 2 | Info Hash: 9BA318A7154F55C36856069A486C42D23297D06A<br>File Hash:<br>61AAA69FDD140A8C122C7BDF93677FF6FB075EA7C2534F6F94C4CEC6AB401DB7 | 03-26-2023 04:31:36 | Blacked | 03-25-2023 | 04-07-2023 | PA0002405756 |
| 3 | Info Hash: 4EB74DC86E8814840AD10C33820A2B92EF1F0E1F<br>File Hash:<br>EEF58D0F538EA05AD1414E8BA0456BE618D1AFDA054AA2328D517F1850090F4B | 03-26-2023 04:29:32 | Blacked Raw | 03-20-2023 | 04-07-2023 | PA0002405757 |
| 4 | Info Hash: 35F24D8E8E40489D5D6229C83BA321482CD3A322<br>File Hash:<br>D681D3B3CC5D69AC2B5A471E13510FBC9B9FEDEE19812E2317D42AD1C1FC0B5F | 03-11-2023 08:57:24 | Blacked Raw | 03-10-2023 | 04-07-2023 | PA0002405760 |
| 5 | Info Hash: CA88BCC688744AFBB0DC316650030045DD9EA1F2<br>File Hash:<br>047A546DC414F1F4243221D246AB355417BDEDB5502A4E5A6A2506693A376F8A | 03-01-2023 09:16:27 | Blacked Raw | 02-28-2023 | 03-05-2023 | PA0002399873 |
| 6 | Info Hash: 734FF5D2C3F26E9BAB9A7BB012BE8772DDE09D73<br>File Hash:<br>3CFF1984CC1AB0DA63FE09A02434F070EC8058ADFE6798A3AE352253E0826C01 | 03-01-2023 09:16:02 | Blacked Raw | 02-23-2023 | 03-06-2023 | PA0002399998 |
| 7 | Info Hash: 90E58A7E8843333A2806ECE4B18498C2FA66A2CB<br>File Hash:<br>976279C08F9B1ADA3BB1DF2FECA207FBBDC486F48C2A82C21B938B654CBA6803 | 02-21-2023 07:17:59 | Blacked Raw | 02-03-2023 | 03-08-2023 | PA0002400564 |
| 8 | Info Hash: 08C0D6BF53705AA2CB2A9681D44D2DCD2F1162B3<br>File Hash:<br>7FE81A20C10FF08E1AF097618A3F98BB628565079F55334FCDF3EEE2126AA4C2 | 02-21-2023 07:16:54 | Blacked Raw | 02-13-2023 | 03-06-2023 | PA0002399991 |
| 9 | Info Hash: D79A5BAE6B5907C5D7AEA83F843AED4519C2B0C0<br>File Hash:<br>E92AF0A76AC72CD848FDB35D71AA6DA117B74A3AC727CA17B2CA9DC704C3D42E | 02-03-2023 08:28:44 | Blacked | 01-28-2023 | 03-07-2023 | PA0002400316 |
| 10 | Info Hash: 023BAE8DF6016F19C9B256FAF99330A3A1140D03<br>File Hash:<br>7E042FC15D1BDD84DDF4849BFB65F52B572A4153BF6EF28EF0DE99A4A5F8F7BA | 01-18-2023 08:57:58 | Blacked | 01-07-2023 | 01-27-2023 | PA0002393078 |
| 11 | Info Hash: B98696836FC212F6CBAA6759E6F91D0CC5F662C2<br>File Hash:<br>E9883F421B6D0B638DE3DD2F298CF945EB1B23E82AF65D65012BBB6A08E212A3 | 01-05-2023 08:12:42 | Blacked Raw | 01-04-2023 | 01-10-2023 | PA0002389594 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 8BEA713FCD434D6FD898D12C710C573339D81203<br>File Hash: 9B32378A9069940CA62371EF0D3207BB33C59DBEDBAD1ECF86DD0C58E07D05D5 | 12-30-2022 22:04:52 | Blacked Raw | 12-30-2022 | 01-09-2023 | PA0002389573 |
| 13 | Info Hash: 44C556655683630B7CC03E3672CC7A76688234D0<br>File Hash: 4C92F54D33192476386E049E7F342466F0F7E21FAD9F1AE6CE030A50EDF6A981 | 12-26-2022 09:19:35 | Blacked Raw | 12-25-2022 | 01-09-2023 | PA0002389598 |
| 14 | Info Hash: D4EE372D4BE2B520F433A9CC2DEB770109AAEBD8<br>File Hash: F2BAEE7BEBB2424555FA7B26995EADE83FA1E35F5AF03FDC0342B57ED98A9348 | 12-26-2022 09:19:14 | Blacked | 12-24-2022 | 01-10-2023 | PA0002389603 |
| 15 | Info Hash: EB9649DDA2323288F92ED22A89ACEC80BE7FB8C9<br>File Hash: B1FDD4D0D94D03816A948DAD236518FB29C3D0CCD12460AFC8C008B79DB0F948 | 12-12-2022 05:48:18 | Blacked | 12-10-2022 | 01-10-2023 | PA0002389588 |
| 16 | Info Hash: 13051A58E9B3A36D4E1BCBA1E59676A7429DB376<br>File Hash: 5DB3C5BE28D1FE1A90AA0FC68D1714DD883C27C6EEE2E35466C7E8EF7E6A10F7 | 12-06-2022 19:34:13 | Blacked | 12-03-2022 | 01-10-2023 | PA0002389627 |
| 17 | Info Hash: AF06E87CA8B66280A1B2596C01A7282B32802781<br>File Hash: 7925B52CE76A770A82365911DB9BB19BA9582C32F256F1A02E435C0A50BB347B | 12-06-2022 19:32:06 | Blacked Raw | 12-05-2022 | 01-10-2023 | PA0002389624 |
| 18 | Info Hash: A71A597E1C35DF145C677D9FB469C27CFDD28AB9<br>File Hash: 1CBA104FDD9237353F5026E0B75B4A06E5C02B71A90ABAA5310F1CF7CE20ED56 | 12-06-2022 19:31:43 | Blacked Raw | 11-30-2022 | 01-10-2023 | PA0002389625 |
| 19 | Info Hash: 4A68F8FA9BC0E789580F3CC431002C581713164F<br>File Hash: 2047F05B06C7F7CA308731D172B5F80522F48650B82CDCA42895256FC9725BBC | 11-28-2022 02:55:08 | Blacked Raw | 11-25-2022 | 12-11-2022 | PA0002384771 |
| 20 | Info Hash: 101DF7803FD7D9C7EAFB566E207DC927B5FE84E7<br>File Hash: 5857156122720069B50E78DB599EA62EBE1F554787C97A7A05236D8F04BB0652 | 11-22-2022 07:10:37 | Blacked | 11-19-2022 | 12-11-2022 | PA0002384693 |
| 21 | Info Hash: 49846341E2FFCD8F807170C907A42EF6DACE67E8<br>File Hash: DEF949B57E56A2CF39C0A86E0D82E6E4093537A3103097A0E2A548BC8AF24EAC | 11-22-2022 07:08:57 | Blacked Raw | 11-20-2022 | 12-11-2022 | PA0002384733 |
| 22 | Info Hash: 614EB03E0456C4DD438C17A5C6AC80D8C991833A<br>File Hash: 87B70F5CF8D5F3DAB6CA49849F1EDABACE7938F6AE45220F4B66FA1014249A06 | 11-16-2022 01:04:46 | Blacked Raw | 11-15-2022 | 12-11-2022 | PA0002384724 |
| 23 | Info Hash: 23083024F7EA0E4C1390230011817D723058CF05<br>File Hash: 5DB7231C09E61C00A87066DC0D0CC1596BCE9B0AE9B2C3432C74AE6BD47C0EC2 | 11-16-2022 01:04:16 | Blacked Raw | 11-10-2022 | 01-27-2023 | PA0002393082 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 97B9DE9E5241BCC22B9452A06C80907657C1F6C3<br>File Hash: 35E29DA3236597683391FDE72C1C66872086BEFC624E3203D4EBB1FC6B4394A9 | 11-16-2022 01:03:15 | Blacked | 11-05-2022 | 12-11-2022 | PA0002384720 |
| 25 | Info Hash: 0D9502EBEC90D5994005F1562A8E427917691A2C<br>File Hash: 86FD96202220B9498AC060C8ADE20CD7486B603F3ABDEDBC965A140098C1A301 | 11-09-2022 03:45:21 | Blacked Raw | 11-05-2022 | 12-11-2022 | PA0002384735 |
| 26 | Info Hash: 3F4017DC4543750B5D069CEC1B2C2C83718D0F7D<br>File Hash: 5F206D12BB53B109A128710E9E5012B4D74668597C84CB06908511D83CE52175 | 11-02-2022 04:40:15 | Blacked Raw | 10-21-2022 | 10-31-2022 | PA0002377818 |
| 27 | Info Hash: E2290CDD8829998A3CBC918021AA4AEE1AA54508<br>File Hash: 6A2622E03A03BDA100F5DFD4C14BF7D1F79935175D9503CB370FE20080A2D4AA | 11-02-2022 04:38:41 | Blacked | 10-29-2022 | 01-06-2023 | PA0002394016 |
| 28 | Info Hash: 81F168AE4D617B492ABE43FD31EB38D8A5B5BCA5<br>File Hash: B51FACD2FC56DAE63E9AC46634D88BB4CEE03E6887A99467095C8C6435C3F91C | 10-19-2022 18:41:12 | Blacked Raw | 10-16-2022 | 11-01-2022 | PA0002378071 |
| 29 | Info Hash: 1C6FD5AFF214DEF64EA9CC1B267EC4BFB621C526<br>File Hash: 45F7A92C8D019D86E769C05E26C595717053EFFA9647B73924BB62EEB81A2A14 | 10-18-2022 17:50:52 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |
| 30 | Info Hash: CCA0D81D1517B1CAB021FA258D20C2D676B404BD<br>File Hash: 5B102B46530750FEDDA8013272C25559EA1BBF497747315AEB67FACA66BE6169 | 10-16-2022 04:51:14 | Blacked Raw | 10-11-2022 | 10-31-2022 | PA0002377831 |