# AMENDED AFFIDAVIT OF SERVICE



| | |
|---|---|
| **COURT:** United States District Court Eastern District Of New York | **INDEX#:** 1 23 CV 02996 NGG MMH<br>**DATE PURCHASED:** |

**PLAINTIFF/PETITIONER:**
STRIKE 3 HOLDINGS, LLC

**DEFENDANT/RESPONDENT(S):**
JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 96.232.85.233

**DOCUMENTS:**
SUMMONS (DE 15) AND FIRST AMENDED COMPLAINT, EXHIBIT A, CIVIL COVER SHEET, 2/1/24 TEXT ORDER

New York   ss:

Melissa Bondi, the undersigned, being duly sworn, deposes and says:

On 02/05/2024 at 12:24 PM, deponent served the aforementioned documents on ▮▮▮▮ at ▮▮▮▮ ▮▮▮▮ in the manner indicated below:

**MANNER OF SERVICE:**
By delivering and leaving a true copy or copies of the aforementioned documents with said Defendant personally. At the time of such service I knew the person so served as aforesaid to be the same person mentioned and described in the aforementioned documents as ▮▮▮▮ the Defendant in this action. Deponent asked the indicated person whether the defendant and/or present occupant was presently in the military service of the United States Government or on active duty in the military service of the State of New York or a dependant or anybody in the military and was told defendant and/or present occupant was not.

**Service Comments:**

**DESCRIPTION OF PERSON SPOKEN TO/PAPERS LEFT WITH:**
Sex: ▮ - Skin: ▮ - Hair: ▮ - Age: ▮ - Height: ▮ - Weight: ▮
Other:

Sworn to and subscribed before me on
03/01/2024

*[signature]*
Angelique Mamalakis
Notary Public, State of New York, County of Queens
Notary No.: 01MA6367740
Commission Expires November 27, 2025

x *[signature]*
Melissa Bondi
License#: 2055105-DCA

Angelique Mamalakis
Notary Public, State of New York
Reg. No. 01MA6367740
Qualified in Queens County
Commission Expires November 27, 2025

GSS#: 20240202165331

GUARANTEED SUBPOENA SERVICE, INC., License # 0994591, 2009 MORRIS AVENUE, UNION, NJ, 07083 - Tel: 908-687-0056 - Fax: 908-688-0885

THE ATKIN FIRM, LLC-MORRISTOWN, 55 MADISON AVENUE, MORRISTOWN, NJ 07960

# AFFIDAVIT OF SERVICE




| COURT: United States District Court Eastern District Of New York | INDEX#: 1 23 CV 02996 NGG MMH |
|---|---|
| | DATE PURCHASED: |

**PLAINTIFF/PETITIONER:**
STRIKE 3 HOLDINGS, LLC

**DEFENDANT/RESPONDENT(S):**
JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 96.232.85.233

**DOCUMENTS:**
SUMMONS AND FIRST AMENDED COMPLAINT, EXHIBIT A, CIVIL COVER SHEET, DISCLOSURE STATEMENT

New York   ss:

Melissa Bondi, the undersigned, being duly sworn, deposes and says:

On 02/05/2024 at 12:24 PM, deponent served the aforementioned documents on [redacted] at [redacted] [redacted] in the manner indicated below:

**MANNER OF SERVICE:**
By delivering and leaving a true copy or copies of the aformentioned documents with said Defendant personally. At the time of such service I knew the person so served as aforesaid to be the same person mentioned and described in the aforementioned documents as [redacted] the Defendant in this action. Deponent asked the indicated person whether the defendant and/or present occupant was presently in the military service of the United States Government or on active duty in the military service of the State of New York or a dependant or anybody in the military and was told defendant and/or present occupant was not.

**Service Comments:**

**DESCRIPTION OF PERSON SPOKEN TO/PAPERS LEFT WITH:**
Sex: [redacted] - Skin: [redacted] - Hair: [redacted] - Age: [redacted] - Height: [redacted] - Weight: [redacted]
Other: [redacted]

Sworn to and subscribed before me on
02/20/2024

*(signature)*
Angelique Mamalakis
Notary Public, State of New York, County of Queens
Notary No.: 01MA6367740
Commission Expires November 27, 2025

x *(signature)*
Melissa Bondi
License#: 2055105-DCA

Angelique Mamalakis
Notary Public, State of New York
Reg. No. 01MA6367740
Qualified in Queens County
Commission Expires November 27, 202[5]

GSS#: 20240202165331

GUARANTEED SUBPOENA SERVICE, INC., License # 0994591, 2009 MORRIS AVENUE, UNION, NJ, 07083 - Tel: 908-687-0056 - Fax: 908-688-0885

THE ATKIN FIRM, LLC-MORRISTOWN, 55 MADISON AVENUE, MORRISTOWN, NJ 07960